UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR03-516-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JENEVA RAE WOHLFORD, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held on July 24, 2006 before the Honorable Mary Alice Theiler. At the hearing, the defendant was advised of her rights and of the alleged violations. Denials to the allegations were entered, and this matter was set for an August 7, 2006 evidentiary hearing before the undersigned Magistrate Judge. The defendant was detained. The United States was represented by Assistant United States Attorney Don Currie, and the defendant by Mr. Ralph Hurvitz. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. §§ 1344 and 2. On or about June 18, 2004, defendant was sentenced by the Honorable John C. Coughenour to twenty-two (22) days imprisonment to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions

imposed, but not limited to, were drug aftercare, search and restitution.

In a Petition for Warrant or Summons and a Violation Report and Warrant Request, both dated June 8, 2006, Senior U.S. Probation Officer Jennifer J. Tien asserted the following violations by defendant of the conditions of her supervised release:

(1)     Being under the influence of a controlled substance (methamphetamine) on or about January 8, 2006, in Tulare County, California, in violation of the general condition that the defendant not commit and federal, state or local crimes.

(2)     Shoplifting on or about January 18, 2006, in Tulare County, California, in violation of the general condition that the defendant not commit any federal, state or local crimes.

(3)     Failing to notify the probation officer of being arrested or questioned by law enforcement within 72 hours, in violation of standard condition number 11.

(4)     Using methamphetamine on or before January 10, 2006, and April 4, 2006, in violation of standard condition number 7.

(5)     Failing to report for urinalysis testing on January 9, 18, 2006, February 3, 2006, March 6, 22, 2006, April 3, 20, 2006, and May 4, 2006, as directed by the U.S. Probation Officer, in violation of the special condition of drug aftercare.

(6)     Failing to submit monthly supervision reports for the months of January, February, March, and April 2006, in violation of standard condition number 2.

(7)     Leaving the judicial district without permission on or about January 22, 2006, in violation of standard condition number 1.

(8)     Failure to report change of residence 10 days prior to any change in residence, in violation of standard condition number 6.

At the evidentiary hearing, the government was represented by Assistant United States Attorney Norman Barbosa. The defendant was represented by Mr. Ralph Hurvitz. The proceedings were recorded on cassette tape. The defendant was again advised of the allegations and her rights. She has admitted the alleged violations numbered 3, 4, 5, 6, 7, and 8 above and

waived any rights to an evidentiary hearing as to whether they occurred. The government withdrew alleged violations numbered 1 and 2 above.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 3, 4, 5, 6, 7, and 8, and that the Court conduct a hearing limited to disposition. A date for the disposition hearing on these violations before the Honorable John C. Coughenour has not yet been set.

Pending a final determination by the Court, the defendant has been detained.

DATED this 7th day of August, 2006.

                                                s/ James P. Donohue
                                                United States Magistrate Judge

cc:   District Judge:         Honorable John C. Coughenour
      AUSA:                 Mr. Norman Barbosa
      Defendant's attorney:  Mr. Ralph Hurvitz
      Probation officer:     Ms. Jennifer J. Tien